IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VICTOR BUCHI,<br><br>        Plaintiff,<br><br>v.<br><br>UTAH DEP'T OF HOMELAND SECURITY et al.,<br><br>        Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 2:19-CV-350-DB<br><br>District Judge Dee Benson |

    Plaintiff, Victor Buchi, has not responded to the Court's August 2, 2019 order to within thirty days show cause why his case should not be dismissed for failure to comply with the Court's order to submit his certified six-month inmate account statement.

    IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED. This action is CLOSED.

    DATED this 7th day of October, 2019.

                                    BY THE COURT:

                                    _____
                                    DEE BENSON
                                    United States District Judge